ANNA WEINDRUG, Respondent, v. LOUISE LEPORE and JOHN A. LEPORE, Appellants.— Order denying defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents.

ANNA M. WILLENBROCK, Respondent, v. BERTHOLD D. WILLENBROCK, Appellant.— Judgment of the City Court of Mount Vernon, and order in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

## FOURTH DEPARTMENT, DECEMBER, 1933.

In the Matter of the Application of A. HARRISON REYNOLDS and PAUL W. BLYSTONE, Appellants, for a Certiorari Order against ERNEST CAWCROFT and Others, Constituting the Board of Appeals of the City of Jamestown, N. Y., Respondents.— Determination of the board of appeals of the city of Jamestown confirmed, without costs. MEMORANDUM. In this record we find no evidence that the structure for which permit has been sought complies with the Labor Law of the State of New York. It is on this ground solely that we base our order of confirmation. All concur.

EARL N. HENION, Appellant, v. HARMON J. ROWLEY, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. MEMORANDUM. The complaint alleges in both causes of action that cotemporaneously with plaintiff's purchase of the corporate stock of the Austin & Rowley Cold Storage Company, defendant executed and delivered to plaintiff a written guaranty to the effect that the Lyndonville Ice & Cold Storage Company and Irving G. Rowley would redeem the stock for plaintiff and that plaintiff relied upon the guaranty when he bought the stock. The complaint further alleges that the representations in the guaranty were false and fraudulent and alleges scienter, reliance by plaintiff, refusal of said corporation and Rowley to redeem upon due demand and damage. Consideration for the guaranty as and when made was sufficient and the complaint is a good pleading. All concur.

COUNTY OF HERKIMER, Plaintiff, v. MYRON D. HESS and FLOYD A. CLAYTON, Defendants.— Submitted controversy determined in favor of the defendant Floyd A. Clayton, without costs. MEMORANDUM. We treat this submitted controversy for a declaratory judgment as in the nature of a *quo warranto* between the two defendants. The Constitution of the State makes no provision for the term of office of supervisor (N. Y. Const. art. 3, § 26). That matter is left to the Legislature (N. Y. Const. art. 10, § 3). It was at all times within the power of the Legislature to fix the term of office even though it resulted in the shortening of the term of a previously elected supervisor. (*People ex rel. Mitchell* v. *Sturgis*, 156 N. Y. 580. See *Williams* v. *United States*, 289 U. S. 553.) All concur.